IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOUREY NEWELL, individually and on behalf

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 1:25-cv-395-ADA

BKV-BPP RETAIL LLC

ORDER

BE IT REMEMBERED on this the 24th day of March 2024, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Anthony Paronich** ("Applicant"), counsel for **JOUREY NEWEL** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **JOUREY NEWELL** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 24 day of March 2025

UNITED STATES MAGISTRATE JUDGE