**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AT AUSTIN**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>BKV-BPP RETAIL LLC D/B/A BKV ENERGY,<br><br>          Defendant. | Case No. 1:25-cv-00395-ADA-DH |

**ORDER GRANTING DEFENDANT BKV-BPP RETAIL LLC'S**
**AGREED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Before the Court is Defendant BKV-BPP Retail LLC ("BKV") Agreed Motion for Extension of Time to Respond to the Complaint. After considering the Motion, noting the agreement of the parties, and finding good cause, the Court is of the opinion that the Motion should be **GRANTED**. The deadline for BKV to respond to the Complaint is extended to May 9, 2025.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE