# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AT AUSTIN

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>BKV-BPP RETAIL LLC<br>D/B/A BKV ENERGY<br><br><br>　　　　　　　　Defendant. | Case No. 1:25-cv-395<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that all parties have tentatively reached a settlement in this matter, including as to all claims, and hope to file a notice of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED AND DATED this June 23, 2025

　　　　　　　　/s/ *Andrew Roman Perrong*
　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　Perrong Law LLC
　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.