IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AT AUSTIN

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BKV-BPP RETAIL LLC D/B/A BKV ENERGY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00395-ADA-DH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Journey Newall and BKV-BPP Retail, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action **with prejudice**.

Respectfully submitted,

| **PARONICH LAW, P.C.** | **BAKER & HOSTETLER LLP** |
|---|---|
| */s/ Anthony I. Paronich*<br>Anthony I. Paronich,<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>Email: anthony@paronichlaw.com<br><br>***ATTORNEY FOR PLAINTIFF JOUREY NEWELL*** | */s/ Kristen H. Luck*<br>W. Ray Whitman<br>State Bar No. 21379000<br>rwhitman@bakerlaw.com<br>Kristen H. Luck<br>Texas Bar No. 24104027<br>kluck@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>811 Main Street, Suite 1100<br>Houston, TX 77002-6111<br>Telephone: 713.751.1600<br>Facsimile: 713.751.1717<br><br>***ATTORNEYS FOR DEFENDANT BKV-BPP RETAIL LLC*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17th, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which will effectuate service upon all counsel of record.

                                           */s/ Anthony I. Paronich*